# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

JAMES G. KENT,

        Petitioner,

v.

                        **ORDER**
                        Civil File No. 05-2876 (MJD/SRN)

J. S. WALTON, Associate Warden,
Duluth Federal Prison Camp, and
the Federal Bureau of Prisons,

        Respondents.


_____

James G. Kent, pro se.

Joseph Dixon, Assistant United States Attorney, Counsel for Respondents.

_____


The above-entitled matter comes before the Court upon the Report and

Recommendation of  United States Magistrate Judge Susan R. Neslon dated

February 7, 2006.  Respondents filed objections to the Report and

Recommendation, and Petitioner Kent filed an opposition to Respondents'

objections.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the

record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.1(c).  Based on that review, the

Court adopts Magistrate Judge Nelson's February 7, 2006 Report and

Recommendation.


Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:


1. The Magistrate Judge's Report and Recommendation dated February 7,

2006 [Docket No. 11], is hereby **ADOPTED**;

2. Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1] is

**GRANTED IN PART and DENIED IN PART**;

3. The Petition is **GRANTED** insofar as Respondent is directed to reconsider

the date when Petitioner should be assigned to community confinement in light of

the criteria set forth in 18 U.S.C. § 3621(b) and without regard to 28 C.F.R.

§§ 570.20 and 570.21;

4. The Petition is **DENIED** in all other respects; and

5. Petitioner's Motion to Consolidate [Doc. No. 9] is **DENIED AS MOOT**.


Dated: March 16, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court
